UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00029-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TIMOTHY MASSEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue Sentencing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Sentencing (#81) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: July 3, 2013

Max O. Cogburn Jr.
United States District Judge