# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:03-CR-00029-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| TIMOTHY MASSEY, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's pro se Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2). See Doc. No. 100. In support, Defendant explains that his mother was the caregiver of his son for fifteen years. Now, she suffers from a condition that "makes it impossible for her to continue being [his] son's caregiver" so his son is under supervision of the department of social services. Id. at 1. Defendant thus wishes to be released to take care of his son and work at a welding company. Id. at 2.

The Court is sympathetic to Defendant's current situation. Even so, as the Court explained in its Order for Defendant's other case, the Court does not believe that these facts, standing alone, warrant a sentence reduction here. See United States v. Massey, No. 3:13-CR-224, Dkt. 47 (April 13, 2020). Therefore, the Court declines to exercise its discretion to reduce Defendant's sentence.

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), Doc. No. 100, is **DENIED**.

Signed: April 20, 2020

Max O. Cogburn Jr.
United States District Judge