UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr29-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER FOR SUPPLEMENTAL** |
| | ) | **BRIEFING** |
| | ) | |
| TIMOTHY MASSEY, | ) | |
| Defendant. | ) | |

This matter is before the Court on a remand from the Fourth Circuit Court of Appeals, instructing this Court to reconsider Defendant's motion for compassionate release.

For the following reasons, the Court will allow the parties to file supplemental memoranda before the Court issues its ruling. Defendant shall have 20 days from entry of this Order to file a supplemental brief, and the Government shall then have 10 days to file its response.

**IT IS SO ORDERED.**

August 11, 2021

Max O. Cogburn Jr.
United States District Judge